UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JOANNA DANUTA MARUSZAK )   ORDER FOR
                Plaintiff, )   EXTENSION OF TIME TO
v. )   SERVE DEFENDANT
  ) DARIUSZ ROBERT
  ) MARUSZAK IN POLAND
DARIUSZ ROBERT MARUSZAK )
                Defendant )   Civil Action No.
  )
  )   08-CV-3978 (GEL)

ECF CASE

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/15/08]

    The Plaintiff having duly moved this Court for an Order extending time to serve a copy of the Summons and Complaint pursuant to the Hague Convention On The Service Abroad Of Judicial and Extrajudicial Documents in Civil and Commercial Matters, 20 U.S.T. 1361, 658 U.N.T.S. 163, T.I.A.S. No. 6638, 16 I.L.M. 1339 (1977) (the "Hague Service Convention") through appropriate judicial authorities of the Republic of Poland upon the defendant, Dariusz Robert Maruszak, and plaintiff's said motion having been duly submitted to the Court, and

    Upon reading and filing the affirmation of Ivo George Caytas, Esq., principal of Plaintiff *pro se* Caytas & Associates in support of Plaintiff's motion and the matter having been duly submitted to the Court for a decision, and after due deliberation having been had thereon,

    **NOW**, upon motion of Plaintiff Joanna Danuta Maruszak, it is

1

ORDERED that time to complete service pursuant to the Hague Service Convention with international judicial assistance by the Polish authorities, and to file proof of service with the Clerk's office of this Court be, and it hereby is extended for an additional 120 days until December 24, 2008.

Dated: August 14, 2008

_____
Gerard E. Lynch, U.S.D.J.